[901 NE2d 756, 873 NYS2d 263]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ELVIS SIL-
VESTRY, Respondent.

Decided January 13, 2009

### APPEARANCES OF COUNSEL

*Richard A. Brown, District Attorney*, Kew Gardens (*Edward
D. Saslaw* of counsel), for appellant.
*Sally Butler*, Bayside, for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Whether the circumstances of a particular case rise to the
level of reasonable suspicion is a mixed question of law and fact,
beyond our review if the determination is supported by the rec-
ord. Here record evidence supports the lower courts' determina-
tion that the police lacked such suspicion (*People v De Bour*, 40
NY2d 210 [1976]).

The People's other contentions lack merit.

Acting Chief Judge CIPARICK and Judges GRAFFEO, READ,
SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.